ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Office
JOSEPH T. McNALLY (Bar No. 250289)
Deputy Chief, Santa Ana Office
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorneys
   U.S. ATTORNEY'S OFFICE
   411 West Fourth Street
   Suite 8000
   Santa Ana, California 92701
   Telephone: (714) 338-3597
   Facsimile: (714) 338-3708
   E-Mail:    Rob.Keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>PETER OJEDA, et al.,<br><br>　　　　　Defendants. | Case No. SA CR 11-148-JVS<br><br>ORDER (1) CONTINUING TRIAL AND PRE-TRIAL STATUS CONFERENCE, AND (2) DESIGNATING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>NEW TRIAL DATES<br>TRIAL:　　April 21, 2015<br>PTC:　　　April 6, 2015 |

　　　The Court has received, read, and considered the Stipulation of plaintiff United States of America and defendants PETER OJEDA, ALBERTO VARGAS, DONALD AGUILAR, JACOBO HUANOSTO, THOMAS RODRIGUEZ, TYRONE RYE, RICHARD GAONA, JOSEPH LARA, RAYMOND QUEVEDO, HECTOR MORENO, RUBEN HERNANDEZ, MANUEL OCHOA, SUZIE RODRIGUEZ, VANESSA MURILLO, NANCY OSORIO, ANA FUERTE, and JESSE COVARRUBIAS, by and

1

through their respective counsel of record, to continue the trial and pre-trial conference and to designate excludable time under the Speedy Trial Act, 18 U.S.C. § 3161.

In light of the Stipulation and good cause appearing thereon, IT IS HEREBY FOUND AND ORDERED as follows:

1. In support of this Order, the Court hereby adopts as its findings all of the facts set forth in the parties' Stipulation.

2. In accordance with 18 U.S.C. § 3161(h)(7), the Court finds that (a) the failure to grant the requested continuance would deny counsel for defendants the time reasonable and necessary for effective trial preparation, taking into account the exercise of due diligence; (b) the failure to grant the continuance would unreasonably deny defendants continuity of counsel; (c) the failure to grant the continuance would likely make trial of the case as scheduled impracticable or result in a miscarriage of justice; and (d) this case is so unusual and so complex, due to the nature of the prosecution, the number of defendants, and the voluminous discovery that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  Accordingly, the Court finds that the ends of justice served by continuance of the trial date outweigh the best interest of the public and defendants in a speedy trial.

3. Based on the foregoing findings, the time from October 28, 2014 to April 21, 2015 is excludable from the computation of the time within which trial of this action must commence under the Speedy Trial Act.

4. In making these findings, the Court has noted and considered defendant Humberto Serabia's objection to continuing the trial to April 21, 2015. The Court nevertheless finds that a continuance to April 21, 2015 and the findings of excludable time under the Speedy Trial Act from October 28, 2014 to April 21, 2015 is reasonable and supported by the facts in this case. The finding of excludable time applies to defendant Humberto Serabia because he is joined with other defendants as to whom the time for trial has not run and no motion for severance has been granted. See 18 U.S.C. § 3161(h)(6); United States v. Butz, 982 F.2d 1378 (9th Cir. 1993) (exclusion of time under Speedy Trial Act to one defendant applies to all co-defendants).

5. Accordingly, as to all of the remaining defendants, the trial of the above-captioned case is continued from October 28, 2014 to **Tuesday, April 21, 2015, at 8:30 a.m.** The pre-trial status conference is continued from August 22, 2014 to **Monday, April 6, 2015, at 9:00 a.m.** Defendants are ordered to be present for the above-scheduled trial.

6. Nothing in the parties' stipulation or this Order shall preclude a finding that other provisions of the Speedy Trial Act

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO ORDERED.

Dated: June 30, 2014.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

ANDRÉ BIROTTE JR.
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Office

JOSEPH T. McNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Office

      /s/ R.J.K.
ROBERT J. KEENAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA